UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.   CV-15-3065-R                                                       Date: FEBRUARY 1, 2016

Title:   SUSAN FLORES -V.- COSTCO WHOLESALE CORPORATION, et al.
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

|  Christine Chung | Sheri Kleeger |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Michael John Bononi                         Lindsay Stevens Fitch
Brian Gabriel M. Huey                       Mark Peter Grajski

PROCEEDINGS:   Defendant Costco Wholesale Corporation's Motion for Summary Judgment [19] filed 1-4-16

**The Court hears arguments of counsel.**

**The Court GRANTS Defendant's Motion for Summary Judgment [19] for reasons as stated on the record.**

**Defendant's counsel shall submit the, proposed order, uncontroverted findings of fact and conclusions of law, and a proposed judgment consistent with the Court's ruling.**

0:06 min

MINUTES FORM 11                                               Initials of Deputy Clerk ___CCH___
CIVIL -- GEN