1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FLORES.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:15-cv-03065-R-VBK<br><br>**JUDGMENT IN FAVOR OF COSTCO WHOLESALE CORPORATION** |

　　It is **ORDERED** that judgment be entered in favor of Defendant Costco Wholesale Corporation on all claims alleged by Plaintiff Susan Flores in the lawsuit. Plaintiff Susan Flores's complaint and all claims are dismissed in their entirety with prejudice. Defendant Costco Wholesale Corporation is entitled to its costs and may file a bill of costs under Central District Local Rule 54.

　　**IT IS SO ORDERED.**

Dated: February 16, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Manuel L. Real
　　　　　　　　　　　　　　　　　　United States District Judge